**Order entered September 24, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00462-CV

**LEN RAO, Appellant**

**V.**

**AMERICAN ARBITRATION ASSOCIATION, Appellee**

**On Appeal from the County Court at Law No. 2
Dallas County, Texas
Trial Court Cause No. CC-13-00255-B**

## ORDER

We **GRANT** appellee's September 20, 2013 unopposed second motion for an extension

of time to file its brief.  Appellee shall file its brief on or before September 30, 2013.


/s/    DAVID LEWIS
          JUSTICE